**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY PETERSON, <br><br>   Defendant/Judgment Debtor, <br><br> and <br><br> SWEDISH MEDICAL GROUP, <br><br>   Garnishee. | NO. 2:17-MC-00023-RSL <br><br> (2:10-CR-00014-RSL-1) <br><br> **Agreed Continuing Garnishee Order** |

A Writ of Continuing Garnishment directed to Garnishee, Swedish Medical Group, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Swedish Medical Group, filed its final Amended Answer on June 9, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Ashley Peterson (Ms. Peterson) was an active employee who was paid bi-weekly.

After notification of the garnishment proceeding was mailed to the parties on or about March 24, 2017, the Defendant/Judgment Debtor has not

AGREED CONTINUING GARNISHEE ORDER
(*USA v. Ashley Peterson and Swedish Medical Group,*
2:17-MC-00023-RSL / 2:10-CR-00014-RSL-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

requested a hearing to determine exempt property as of this date. On June 28, 2017, the United States filed an Agreed Motion to Issue Continuing Garnishee Order, stating that it had agreed with Ms. Peterson to request a reduced garnishment rate of 10 percent of her disposable earnings at Swedish Medical Group. The United States attached a Proposed Agreed Continuing Garnishee Order to that effect, jointly presented with Ms. Peterson and bearing her signature.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Swedish Medical Group, shall pay to the United States District Court for the Western District of Washington, all non-exempt earnings payable to Ms. Peterson, that it has previously withheld pursuant to the Writ of Garnishment;

That from this date forward, Garnishee Swedish Medical Group shall pay to the United States District Court for the Western District of Washington, 10 percent of the disposable earnings, payable to Ms. Peterson upon each period of time when Ms. Peterson is entitled to receive such funds, and shall continue said payments, if any, until Ms. Peterson's debt is paid in full or until she is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to Ms. Peterson or until further order of this Court;

That such payments shall be applied to Ms. Peterson's outstanding obligation, by the United States District Court for the Western District of Washington; and

**AGREED CONTINUING GARNISHEE ORDER**
(*USA v. Ashley Peterson and Swedish Medical Group,*
2:17-MC-00023-RSL / 2:10-CR-00014-RSL-1) **- 2**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:10-CR-00014-RSL-1 and 2:17-MC-00023-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

Dated this 29th day of June, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

_____
ASHLEY PETERSON
Defendant/Judgment Debtor

**AGREED CONTINUING GARNISHEE ORDER**
(*USA v. Ashley Peterson and Swedish Medical Group,*
**2:17-MC-00023-RSL / 2:10-CR-00014-RSL-1) - 3**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**