1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ASHLEY PETERSON,<br><br>　　　Defendant/Judgment Debtor,<br><br>　　and<br><br>SWEDISH MEDICAL GROUP,<br><br>　　　　Garnishee. | NO.  2:17-MC-00023-RSL<br><br>　　(2:10-CR-0014-1)<br><br>**Order Terminating**<br>**Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Swedish Medical Group is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Ashley Peterson and Swedish Medical Group U*SDC#: 2:17-MC-00023-RSL/2:10-CR-0014-1)1

Dated this 8th day of March, 2022.

*MVP S Lasnik*

JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Ashley Peterson and Swedish Medical Group U*SDC#: 2:17-MC-00023-
RSL/2:10-CR-0014-1)2